NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

B.M.,                                   )
                                        )
              Appellant,                )
                                        )
v.                                      )          Case No. 2D17-4307
                                        )
STATE OF FLORIDA,                       )
                                        )
              Appellee.                 )
_____ )

Opinion filed May 29, 2019.

Appeal from the Circuit Court for
Hillsborough County; Barbara Twine-
Thomas, Judge.

Howard L. Dimmig, II, Public Defender, and
Joanna Beth Conner, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


              Affirmed.



LaROSE, C.J., and MORRIS and SALARIO, JJ., Concur.